UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZAEL RICARDO REYES RAMOS, | No.  1:26-cv-1241-DJC-CKD P |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Petitioner, proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not, however, filed a request to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a); 1915(a).  Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

2.  Petitioner shall complete and submit the form as soon as possible but no later than thirty days from the date of this order.  If petitioner makes the required showing of indigency, the court will consider appointment of counsel.

Dated:  February 16, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ramo1241.101ice